FILED
97 JUL 24 AM 11:43
G. CASADY, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF CA.
SAN FRANCISCO, CA.

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ) | CASE NO. 3-85-01459 E DM |
| ) | |
| Pride Foundation ) | |
| ) | ORDER FOR PAYMENT |
| Debtor ) | OF UNCLAIMED FUNDS |
| ) | |

There having been a dividend check in the above named case issued to Westinghouse Credit Corp, claimant, in the amount of $5,932.68, and said check having not been cashed by said payee, the trustee pursuant to 11 U.S.C. 347 (a) of the Bankruptcy Code paid this unclaimed money to Clerk, U.S. Bankruptcy Court.

Application having been made to the Clerk, U.S. Bankruptcy Court to pay this unclaimed money to Westinghouse Electric Corporation, the successor in interest to, Westinghouse Credit Corp., c/o The Financial Resources Group, Inc. and the Claimant having made service on the United States Attorney.

**IT IS ORDERED** that the application is granted and the Clerk, U.S. Bankruptcy Court is ordered to pay to Westinghouse Electric Corporation, c/o The Financial Resources Group, Inc., unclaimed money in the amount of $5,932.68 which was held pursuant to 11 U.S.C. 347 (a) of the Bankruptcy Code.

Dated: Jul 24 1997

_____
UNITED STATES BANKRUPTCY JUDGE

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ) CASE NO. 3-85-01459 E DM
)
   Pride Foundation )
) MOTION FOR PAYMENT
              Debtor ) OF UNCLAIMED FUNDS
) TO CLAIMANT

There having been a dividend check in the above named case issued to Westinghouse Credit Corp, creditor, in the amount of $5,932.68, and said check having not been cashed by said payee, the trustee pursuant to 11 U.S.C. 347 (a) of the Bankruptcy Code paid this unclaimed money to the Clerk, U.S. Bankruptcy Court.

NOW COMES The Financial Resources Group, Inc., claimant, in the above matter and says that claimant is not the creditor, but is entitled to payment of these moneys because they are the Attorney-in-fact for Westinghouse Electric Corporation, the successor in interest to, Westinghouse Credit Corp and supplies documentation to support their relationship.

THEREFORE, Application is hereby made for the Clerk, U.S. Bankruptcy Court to pay this unclaimed money to Westinghouse Electric Corporation, c/o The Financial Resources Group, Inc. and mail to 70 East Sunset-Suite 102, Issaquah, WA 98027.

_6-20-97_
Date

_Lucinda K. Powers_
Attorney-in-Fact for
Westinghouse Electric Corporation
G P Segner

SUBSCRIBED AND SWORN before me this 20th day of June, 1997.

_Joanna M. Day_
NOTARY PUBLIC in and for the
State of _Washington_
Residing in _King_ County
My commission expires: _7-19-99_

I hereby certify by my signature above that a copy of this application was mailed on _6-20-97_ to:
United States Attorney
P.O. Box 36055
450 Golden Gate
San Francisco, CA 94102

Case: 85-31459   Doc# 141   Filed: 07/24/97   Entered: 09/03/15 14:14:27   Page 2 of 2